# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CRIMINAL NO. 24-CR-450 (RDM) |
| v. : | |
| : | |
| BOBBY SHUMAKE JAPHIA : | |
| : | |
| Defendant. : | |

## JOINT STATUS REPORT

The United States of America, by and through its undersigned counsel, and Robert Feitel, counsel for defendant Bobby Japhia, hereby submit the following Joint Status Report:

1. On October 8, 2024, a grand jury in the District of Columbia returned an Indictment charging the defendant with one count of securities fraud in violation of 15 U.S.C. § 78j(b) and one count of obstruction in violation of 18 U.S.C. § 1512(c)(1) in connection with a scheme to defraud investors in Minerco, Inc.

2. The defendant's first appearance and arraignment occurred before Magistrate Judge Upadhyaya on October 17, 2024.

3. On October 28, 2024, the parties appeared before this Court for a status conference. The Court excluded time under the Speedy Trial Act between October 28, 2024 and December 4, 2024.

4. On December 3, 2024, upon consideration of the parties' joint status report, the Court excluded time under the Speedy Trial Act until January 23, 2025 and ordered that the parties submit a joint status report on or before January 23, 2025.

5.        Pursuant to the Protective Order entered by the Court on October 25, 2024, the government has since produced voluminous discovery to defendant, including multiple email search warrant returns, financial records, search warrant affidavits, reports of interviews, a copy of the iPhone obtained from the defendant when he was arrested, and other materials. The government has produced these materials in a searchable, load-ready format, with a detailed index summarizing the produced materials.

6.        The government also recently produced copies of the contents of three cell phones obtained from the defendant's alleged co-schemer, Julius Jenge, when Mr. Jenge was arrested. The government also has some additional discovery to produce.

7.        Due to the volume of discovery already produced, defense counsel requests additional time to review discovery.

8.        The parties request to submit a follow-up Joint Status Report on or before February 26, 2025.

9.        The parties agree that it is in the interest of justice to toll the Speedy Trial Act while the government continues to provide discovery, defense counsel reviews discovery, and the parties discuss a potential pre-trial disposition of this matter. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) from January 22, 2025 through February 26, 2025.

        Respectfully submitted,

        GLENN S. LEON
        Chief, Fraud Section
        Criminal Division

By:    */s/ Kyle Crawford*
        Kyle Crawford (D.C. 888241455)
        Aaron Henricks (Florida 1032369)
        Trial Attorneys
        Fraud Section, Criminal Division
        United States Department of Justice
        1400 New York Ave. N.W.
        Washington, DC 20005
        202-794-4010
        202-794-0057
        kyle.crawford@usdoj.gov
        aaron.henricks@usdoj.gov

        *Attorneys for the United States*

        */s/ Robert Feitel*
        Robert Feitel, Esquire
        Law Office of Robert Feitel
        1300 Pennsylvania Avenue, N.W. #190-515
        Washington, D.C. 20008
        D.C. Bar No. 366673
        202-450-6133 (office)
        202-255-6637 (cellular)
        RF@RFeitelLaw.com
        *Attorney Bobby Japhia*