**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | **CRIMINAL NO. 24-CR-450 (RDM)** |
| **v.** | **:** | |
| | **:** | |
| **BOBBY SHUMAKE JAPHIA** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

**JOINT STATUS REPORT**

The United States of America, by and through its undersigned counsel, and Matthew Peed, counsel for defendant Bobby Japhia, hereby submit the following Joint Status Report pursuant to the Court's Order:

1.     On October 8, 2024, a grand jury in the District of Columbia returned an Indictment charging the defendant with one count of securities fraud in violation of 15 U.S.C. § 78j(b) and one count of obstruction in violation of 18 U.S.C. § 1512(c)(1) in connection with a scheme to defraud investors in Minerco, Inc.

2.     The defendant's first appearance and arraignment occurred before Magistrate Judge Upadhyaya on October 17, 2024.

3.     On October 28, 2024, the parties appeared before this Court for a status conference. The Court excluded time under the Speedy Trial Act between October 28, 2024 and December 4, 2024.   On December 3, 2024, upon consideration of the parties' joint status report, the Court excluded time under the Speedy Trial Act until January 23, 2025 and ordered that the parties submit a joint status report on or before January 23, 2025.   On January 22, 2024, upon consideration of the parties' joint status report, the Court excluded time under the Speedy Trial

Act until February 26, 2025 and ordered that the parties submit a joint status report on or before February 26, 2025. On February 26, 2025, upon consideration of the parties' joint status report, the Court excluded time under the Speedy Tral Act between February 26, 2025 and March 18, 2025.

4. On March 17, 2025, the Court scheduled a jury trial in this case for May 26, 2026, and entered the parties' proposed scheduled order. The Court excluded time under the Speedy Trial Act between March 17, 2025 and May 26, 2026.

5. On January 15, 2026, the Court permitted Robert Feitel to withdraw as counsel of record for Defendant, and the Court appointed Matthew Peed to represent the Defendant. Since then, the Government has reproduced discovery to Mr. Peed.

6. The discovery includes multiple email search warrant returns, financial records, search warrant affidavits, reports of interviews, a copy of the iPhone obtained from the defendant when he was arrested, the contents of three cell phones obtained from the defendant's alleged co-schemer, Julius Jenge, and other materials. The government has produced these materials in a searchable, load-ready format, with a detailed index summarizing the produced materials. The government has also identified certain 'key' documents to the defense, to aid the defense in its review of discovery

7. Given Mr. Peed's appointment, the parties conferred regarding a trial continuance to provide new counsel with sufficient time to prepare for trial and to review discovery. The government is available in July and August 2026, and it understands the Court is available for a trial then, but Defense counsel is unavailable for a trial during that time. The parties are available in November and December 2026, but they understand that the Court is unavailable for trial during

that time.    The parties therefore request a January 18, 2027 trial date.    The government anticipates two weeks for trial.

8.        If the Court continues the trial, the parties also request that the Court vacate the current pretrial scheduling order (ECF 23), and the Court order that the parties propose a new pretrial scheduling order within 14 days after the Court sets a new trial date.

9.        In addition, the parties agree that it is in the interest of justice to toll the Speedy Trial Act while defense counsel reviews discovery, the parties discuss a potential pre-trial disposition of this matter, and defense counsel prepares for trial. The parties thus request a tolling of the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) from today through January 18, 2027 (or any newly scheduled trial date).

                              Respectfully submitted,

                              LORINDA I. LARYEA
                              Chief, Fraud Section
                              Criminal Division

            By:     */s/ Kyle Crawford*
                              Kyle Crawford (D.C. 888241455)
                              Andrew Jaco (D.C. 1029334)
                              Trial Attorneys
                              Fraud Section, Criminal Division
                              United States Department of Justice
                              1400 New York Ave. N.W.
                              Washington, DC 20005
                              202-794-4010
                              202-740-0953
                              andrew.j.jaco@usdoj.gov
                              kyle.crawford@usdoj.gov

                              *Attorney for the United States*

_/s/ Matthew Peed_

Matthew Peed (No. 503328)
Clinton & Peed PLLC
1775 I St. NW, Suite 1150
Washington, DC 20006
202-919-9491
matt@clintonpeed.com

_Attorney for Bobby Japhia_